

| | | |
|---|---|---|
| LARRY CHAMBERS and ABIE WOLF, | § | No. 08-20-00136-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | 243rd District Court |
| v. | § | |
| GARRY STARR and BONNIE STARR, | § | of El Paso County, Texas |
| | § | (TC# 2018DCV1581) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MAY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J., and Rose, Former C.J., Third Court of Appeals
Rose, Former C.J. (Sitting by Assignment)